Scott Alan Burroughs (SBN 235718)
scott@donigerlawfirm.com
Frank R. Trechsel, Esq. (SBN 312199)
ftrechsel@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLIOT MCGUCKEN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>INDUSTRY MARKETING GROUP, LLC, a Nevada limited liability company, individually and doing business as "dailyscene.com"; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-00941-PA-SK<br>*Hon. Percy Anderson Presiding*<br><br>**RESPONSE TO ORDER TO SHOW CAUSE (DKT. 12)** |

1

*TO THE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:*

PLEASE TAKE NOTICE THAT Plaintiff respectfully submits this response to the Court's May 18, 2021 Order to Show Cause filed as Docket No. 12 (the "Order").

On May 25, 2021, Plaintiff filed his First Amended Complaint, thereby rendering the initial complaint moot. Plaintiff will request a Summons as to the First Amended Complaint and serve process upon all Defendants.

Given the foregoing, Plaintiff respectfully requests that the Order to Show Cause be discharged, and Plaintiff be granted an additional sixty (60) days, or an amount of time that this Court deems appropriate, for purposes of completing service of process of the First Amended Complaint and allowing time for Defendants to file their respective Answers, or to otherwise respond to the First Amended Complaint.

Respectfully submitted,

Dated: May 25, 2021          By:   /s/ *Frank R. Trechsel*
                                   Scott Alan Burroughs, Esq.
                                   Frank R. Trechsel, Esq.
                                   DONIGER / BURROUGHS
                                   Attorneys for Plaintiff